APPEAL No. 76-214. REGO DISPLAYS, INC. v. LOUIS FOURNIER. The defendant having shown sufficient cause this case is

assigned to the regular calendar for oral argument. *Higgins, Cavanagh & Cooney, Gerald C. DeMaria,* for plaintiff. *Matthew J. Zito,* for defendant.